No. 767.   EASTER *v.* EISENHOWER, PRESIDENT OF THE UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.   Solicitor General Sobeloff, Assistant Attor-*

ney *General Burger* and *Melvin Richter* filed a brief for the Attorney General of the United States, as *amicus curiae,* in opposition to the petition.